1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   ANTHONY NORIEGA, an individual,        )    No.  CV10-3776 FFM
                                            )
12              Plaintiff,                   )    **JUDGEMENT**
                                            )    **[PROPOSED]**
13   v.                                      )
                                            )
14   TORRES MARTINEZ DESERT                 )
15   CAHUILLA INDIAN TRIBE, AN              )
     INDIAN TRIBE, and DOES 1 through 10,   )
16   inclusive,                             )
                                            )
17              Defendants.                  )
18   _____ )

19

20      This matter came on regularly for hearing on the 14ᵗʰ day of September,

21   2010, at 10:00 a.m., before the Honorable Frederick F. Mumm, Magistrate Judge.

22   Present were Michael L. Tracy,  appearing for Plaintiff , Anthony Noriega, and

23   Scott W. Williams, appearing for the Defendant, Torres Martinez Desert Cahuilla

24   Indians, sued herein as Torres Martinez Desert Cahuilla Indian Tribe  ("Tribe").

25      The Court, after having read and considered all of the pleadings filed herein

26   regarding the Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the

27

28

_____
JUDGMENT [PROPOSED]                                    Case No. CV10-3776 FFM

1  Federal Rules of Civil Procedure, including Plaintiff's Opposition and Defendant's

2  Reply, and oral argument,

3      The Court Finds:

4
5      1.      Torres Martinez Desert Cahuilla Indians is a federally-recognized

6  sovereign Indian nation immune from unconsented suit;

7      2.      The Federal and California state statutes alleged as bases for the

8  Plaintiff's claims do not apply to the governmental functions of a sovereign Indian

9  tribe; and

10
11     3.      No purpose would be served by granting Plaintiff leave to amend his

12  Complaint.

13      JUDGMENT IS ENTERED as follows:

14      1.      The Plaintiff recover nothing; and

15      2)      This action is dismissed in favor of Defendant.

16

17      Entered this 22nd day of September , 2010

18

19                          /S/ FREDERICK F. MUMM
20                         FREDERICK F. MUMM
                          United States Magistrate Judges
21

22

23

24

25

26

27

28